**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00252-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RUBEN CEBALLOS,
2.    JESUS DELAROSA-SOLIS,
3.    LINO GUITRAN GONZALEZ,
4.    GABRIEL LUNA,
5.    JOSE ARMANDO MUNOZ,
6.    MARCOS RENE PEREZ-GOMEZ,
      a/k/a Pedro Garcia-Martinez, Jr.,
7.    MIGUEL RAMIREZ-GUIZAR,
8.    SONIA RAMIREZ,
9.    DANIEL RUIZ-GONZALEZ, and
10.   JESUS SANCHEZ,

    Defendants.

---

## ORDER OF RECUSAL

---

Due to presiding over pre-indictment proceedings involving the above Defendants, the undersigned district judge has gained knowledge of facts relating to the charges in this matter and these parties which warrants her recusal under 28 U.S.C. § 455(b)(1). The Clerk of the Court is directed to reassign this case to another district judge by random draw.

    DATED: May __06__, 2010

                                              BY THE COURT:

                                              */s/ Christine M. Arguello*
                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge