# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00252-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RUBEN CEBALLOS,
2. JESUS DELAROSA-SOLIS,
3. LINO GUITRAN GONZALEZ,
4. GABRIEL LUNA,
5. JOSE ARMANDO MUNOZ,
6. MARCOS RENE PEREZ-GOMEZ,
    a/k/a Pedro Garcia-Martinez, Jr.
7. MIGUEL ANGEL RAMIREZ-GUIZAR,
8. SONIA RAMIREZ,
9. DANIEL RUIZ-GONZALEZ, and
10. JESUS SANCHEZ,

    Defendants.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

**Blackburn, J.**

    The matter before the court is the **United States Motion To Disclose Grand Jury Material To Defendants** [#46] filed May 14, 2010. After careful review of the motion and the file, I conclude that pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **United States Motion To Disclose Grand Jury Material To Defendants** [#46] filed May 14, 2010, is **GRANTED**;

    2. That copies of the transcript of testimony given before the Grand Jury and

other Grand Jury materials may be disclosed to the attorneys for the defendants for preparation of trial; and

      3. That the disclosed copies of the Grand Jury transcripts and materials shall not be reproduced and shall be retained in the personal custody or office of the attorneys for the defendants.

      Dated May 17, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge