**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00252-REB-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  MARCOS RENE PEREZ-GOMEZ,
    a/k/a Pedro Garcia-Martinez, Jr.

    Defendant.

---

**MINUTE ORDER**[1]

---

    At the oral request of the parties, the change of plea hearing previously set for January 21, 2011, is **VACATED** and is **CONTINUED** to **January 27, 2011**, at 10:00 a.m.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  January 18, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.